# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA COLUMBUS DIVISION

| | |
|---|---|
| CHRIS TUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 4:24-CV-00182-CDL |
| LOCKHEED MARTIN ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff Chris Tucker ("Plaintiff") and Defendant Lockheed Martin Corporation ("Lockheed Martin") (collectively "the Parties"), hereby jointly file this Motion for Approval of their Settlement Agreement and Full and Final Release of All Claims ("Settlement Agreement"). For the reasons stated in the attached Memorandum of Law, the Parties request that the Court approve the Parties' Settlement Agreement. This motion is based upon the Declaration of William S. Cleveland, attached hereto as Exhibit A, and the Settlement Agreement, attached hereto as Exhibit B and submitted for the Court's approval, as well as all the files, records, and proceedings herein. The Parties agree that the settlement set forth in the Settlement Agreement is a fair and reasonable resolution of Plaintiff's claims against Defendant for alleged

violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. (the "FLSA") and no hearing before the Court is needed or requested. A Proposed Order is attached as Exhibit C.

Respectfully submitted, this 7th day of November, 2025.

| | |
|---|---|
| */s/ William S. Cleveland* | */s/ Laura A. Denton* |
| William S. Cleveland | Laura A. Denton |
| Georgia Bar No. 721593 | Georgia Bar No. 158667 |
| GUILMETTE HENDERSON, LC | FISHER & PHILLIPS LLP |
| 1355 Peachtree Street NE | 1230 Peachtree Street, NW |
| Suite 1125 | Suite 3300 |
| Atlanta, Georgia 30030 | Atlanta, Georgia 30309 |
| Telephone: 833-377-306 | Telephone: 404.582-8465 |
| | |
| william@guilmettehenderson.com | ldenton@fisherphillips.com |
| | |
| Counsel for Plaintiff | Counsel for Defendant |

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA COLUMBUS DIVISION

| | |
|---|---|
| **CHRIS TUCKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 4:24-CV-00182-CDL |
| **LOCKHEED MARTIN** ) | |
| **CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025 I electronically filed the foregoing **JOINT MOTION FOR APPROVAL OF SETTLMENT AGREEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record.

Laura Denton
ldenton@fisherphillips.com

Respectfully submitted, this 7th day of November, 2025.

*/s/ William S. Cleveland*
William S. Cleveland
Georgia Bar No. 721593
GUILMETTE HENDERSON, LC
1355 Peachtree Street NE
Suite 1125
Atlanta, Georgia 30030
Telephone: 833-377-3060

william@guilmettehenderson.com

Counsel for Plaintiff